VAL-KILL Co., INC., Respondent, *v.* CITIES SERVICE OIL COMPANY, Appellant.

Submitted November 19, 1951; decided November 29, 1951.

*Charles Landesman* for motion.

*Joseph P. Pfingst* and *George H. Colin* opposed.

Motion denied, with $10 costs.